**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1814**

———————————

SAMMY DAVID MCLAIN, JR.,

        Plaintiff - Appellant,

    v.

MATT YOUNG; PEPCO HOLDINGS LLC; EXELON CORPORATION,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah L. Boardman, District Judge.  (8:25-cv-01972-DLB)

———————————

Submitted:  February 26, 2026                       Decided:  March 2, 2026

———————————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sammy David Mclain, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sammy David Mclain, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim and denying his motions to reconsider, to alter or amend the judgment, and for a new trial. We have reviewed the record and discern no reversible error. Accordingly, we deny the pending motion to expedite as moot and affirm the district court's orders. *Mclain v. Young*, No. 8:25-cv-01972-DLB (D. Md. filed July 2, 2025 & entered July 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*